UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW SPELLMAN,
    Plaintiff,

-vs-                                                Case No. 6:08-cv-1673-Orl-18KRS

RSC EQUIPMENT RENTAL, INC.,
STONE CONSTRUCTION EQUIPMENT,
INC.,
    Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Partial Summary Judgment (Doc. No. 58). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **GRANTS** Plaintiff's Motion for Partial Summary Judgment and **ORDERS** that defendant Stone may not present evidence of or argue at trial that any nonparty's negligence caused Spellman's injuries in whole or in part.

It is **SO ORDERED** in Orlando, Florida, this ____ day of February, 2010.

                                          G. KENDALL SHARP
                                          Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge